```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA                       CIVIL ACTION

VERSUS                                         NO: 05-3646

BENDEL C. HOOVER                               SECTION: J(1)
```

<u>ORDER</u>

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the **Motion for Summary Judgment (Rec. Doc. 15), filed by the United States**, set for hearing on December 20, 2006, has been submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**.  Summary judgment is granted in favor of the United States and against Bendel C. Hoover.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be

filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16.

New Orleans, Louisiana, this  20th  day of December, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE